UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LYDIA CONLAY, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-08-1038 |
| | § | |
| BAYLOR COLLEGE OF MEDICINE | § | |
|     *Defendant*. | § | |

## ORDER

Defendant's unopposed motion to amend its answer (Dkt. 253) is granted.

Baylor's First Amended Answer to Plaintiff's Third Amended Complaint (Dkt. 253-1) is deemed filed on this date.

Signed at Houston, Texas on March 15, 2010.

_____
Stephen Wm Smith
United States Magistrate Judge